TARKY LOMBARDI, JR., Respondent, v STEVEN J. INFANTI, Appellant. [812 NYS2d 917]—Appeal from an order and judgment (one paper) of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered August 31, 2005. The order and judgment, among other things, granted judgment in favor of plaintiff and against defendant in the amount of $184,815.58.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Gorski, J.P., Martoche, Green and Hayes, JJ.